JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Julie Casagrande, | ) | CV 12-00498 RSWL (CWx) |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| Allied Blending & Ingredients, Inc., a corporation; and DOES 1 through 50, Inclusive, | ) | |
| | ) | |
| Defendant. | ) | |

The evidence having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Defendant Allied Blending & Ingredients, Inc. ("Defendant") and against Plaintiff Julie Casagrande.

1

1   Defendant shall recover the costs of suit, in
2   accord with Federal Rule of Civil Procedure 54(d).

**IT IS SO ORDERED.**

DATED: January 10, 2013

                                RONALD S.W. LEW
                                ───────────────────
                                **HONORABLE RONALD S.W. LEW**
                                Senior, U.S. District Court Judge