JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julie Casagrande, ) | CV 12-00498 RSWL (CWx) |
| ) | |
| Plaintiff, ) | **JUDGMENT** |
| ) | |
| v. ) | |
| ) | |
| Allied Blending & ) | |
| Ingredients, Inc., a ) | |
| corporation; and DOES 1 ) | |
| through 50, Inclusive, ) | |
| ) | |
| Defendant. ) | |

The evidence having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Defendant Allied Blending & Ingredients, Inc. ("Defendant") and against Plaintiff Julie Casagrande.

1

Defendant shall recover the costs of suit, in accord with Federal Rule of Civil Procedure 54(d).

**IT IS SO ORDERED.**

DATED: January 10, 2013

                                    RONALD S.W. LEW

                                    **HONORABLE RONALD S.W. LEW**
                                    Senior, U.S. District Court Judge